Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 0208 1:00CR00671-03(AKH)

Lamont Williams

On January 25, 2021, the above named was placed on Supervised Release for a period of 36 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Lamont Williams be discharged from Supervised Release.

Respectfully submitted,

by *Mike Nicholson*

Michael P. Nicholson
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   5th   day of   April   , 20 23 .

/s/Alvin K. Hellerstein, U.S.D.J.
Honorable Alvin K. Hellerstein
Senior U.S. District Judge